UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) <br> ) Criminal case no. 3:10-00242 <br> v. ) <br> ) <br> DANIEL LADEAU ) |

## ORDER

The Application, Search Warrant and supporting documents in the above-styled matter are hereby unsealed.

So ORDERED this ____ day of October, 2010.

_____
United States Magistrate Judge