IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00242-1 |
| v. | ) | Judge Nixon |
| | ) | |
| DANIEL BRUCE LADEAU | ) | |

## ORDER

The Court hereby **CONTINUES** the trial currently scheduled Wednesday, January 14, 2015, to **Tuesday, February 17, 2015**, at **9:00 a.m.** as set forth in the Court's contemporaneous order entered in case number 3:10-cr-00242-2.

It is so ORDERED.

Entered this the ___8___ day of January, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT