UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00242-1 |
| | ) | JUDGE SHARP |
| DANIEL BRUCE LADEAU | ) | |

## O R D E R

Pending before the Court is the Government's Motion to Reset Sentencing Hearing (Docket No. 247), which has been fully briefed.

The motion is GRANTED, the sentencing hearing scheduled for September 22, 2015, is hereby rescheduled for Monday, November 30, 2015, at 9:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE